UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-16821-DRC |
| | § | |
| FRANK V SMITH | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 11/30/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/29/2012    By:  /s/ David E. Grochocinski
                 (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 08-16821-DRC
 §
FRANK V SMITH  §
 §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $9,056.85
*and approved disbursements of*  $108.12
*leaving a balance on hand of[1]:*  $8,948.73

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $8,948.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,655.69 | $0.00 | $1,655.69 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,511.50 | $0.00 | $2,511.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $38.35 | $0.00 | $38.35 |

Total to be paid for chapter 7 administrative expenses:  $4,205.54
Remaining balance:  $4,743.19

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $4,743.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $4,743.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,028.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $4,628.69 | $0.00 | $498.63 |
| 2 | eCAST Settlement Corporation | $2,734.24 | $0.00 | $294.56 |
| 3 | eCAST Settlement Corporation | $571.86 | $0.00 | $61.61 |
| 4 | Portfolio Recovery Associates | $13,745.34 | $0.00 | $1,480.77 |
| 5 | Portfolio Recovery Associates | $11,310.10 | $0.00 | $1,218.43 |
| 6 | eCAST Settlement Corporation assignee of | $8,084.98 | $0.00 | $870.99 |
| 7 | Discover Bank | $2,953.69 | $0.00 | $318.20 |

| | Total to be paid to timely general unsecured claims: | $4,743.19 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 08-16821-DRC
Frank V. Smith                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez           Page 1 of 2           Date Rcvd: Oct 31, 2012
                              Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2012.
 db         +Frank V. Smith,    1038 Shady Lane,    Glen Ellyn, IL 60137-4822
 aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
12372377    +Associates/Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17291720    +David A Lichtenwalter,    420 Pennsylvania Ave,    Glen Ellyn, IL 60137-4495
12372379    +Edward Smith,    1038 Shady Lane,    Glen Ellyn, IL 60137-4822
17291721    +MIDC Infusion Services,    901 McClintock Dr Ste 106,    Willowbrook, IL 60527-0872
12372383    +North Shore Bank Ssb,    2215 S Oneida St,    Green Bay, WI 54304-4790
12884601   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA  23541)
12372384    +Sears,   Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12372385   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
12454638    +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati OH 45201-5229
13453059     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
12564045     eCAST Settlement Corporation assignee of,    Citibank South Dakota NA Successor,
               to Associates National Bank,    POB 35480,    Newark NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17555557      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2012 02:18:39     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12418232      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2012 02:18:39
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
12372378     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2012 02:18:39     Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12432787      E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2012 02:17:59     GE Consumer Finance,
               For GE Money Bank,    dba CARE CREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0661
12432786     +E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2012 02:16:12     GE Money Bank (CARE Credit/GEMB),
               c/o Recovery Management Systems Corp,    attn: Ramesh Singh,    25 S.E. 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
12372382     +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2012 02:01:50     GMAC,    PO Box 130424,
               Saint Paul, MN 55113-0004
12372380     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2012 02:12:17     Ge Capital Credit Card,
               Po Box 103106,    Roswell, GA 30076-9106
12372381     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2012 02:12:17     Gemb/ccl Dealer,    Po Box 981439,
               El Paso, TX 79998-1439
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12884713*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA  23541)
13453060*    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 02, 2012**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez            Page 2 of 2                  Date Rcvd: Oct 31, 2012
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2012 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
          Carolyn A Suzzi    on behalf of Trustee Glenn Stearns suzzi_c@lisle13.com
          David E Grochocinski     on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David Grochocinski courtdocs@davidlloydlaw.com
          Dennis W Hoornstra    on behalf of Debtor Frank Smith d.hoornstra@sbcglobal.net
          Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```