UNITED STATES BANKRUPTCY COURT1
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 08-16821-DRC |
|---|---|---|
| | § | |
| FRANK V SMITH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,150.00 | Assets Exempt: | $81,231.31 |
| Total Distributions to Claimants: | $4,743.19 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $4,313.66 | | |

3) Total gross receipts of $9,056.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $9,056.85 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,313.66 | $4,313.66 | $4,313.66 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $44,028.90 | $44,028.90 | $4,743.19 |
| **Total Disbursements** | NA | $48,342.56 | $48,342.56 | $9,056.85 |

   4). This case was originally filed under chapter 0 on 06/30/2008. The case was converted to one under Chapter 7 on 05/17/2011. The case was pending for -1336 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 01/10/2013                    By:   /s/ David E. Grochocinski
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 139 SHARES OF UPS | 1129-000 | $9,056.85 |
| **TOTAL GROSS RECEIPTS** | | $9,056.85 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,655.69 | $1,655.69 | $1,655.69 |
| Green Bank | 2600-000 | NA | $83.12 | $83.12 | $83.12 |
| The Bank of New York Mellon | 2600-000 | NA | $25.00 | $25.00 | $25.00 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,511.50 | $2,511.50 | $2,511.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $38.35 | $38.35 | $38.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,313.66 | $4,313.66 | $4,313.66 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | NA | $4,628.69 | $4,628.69 | $498.63 |
| 2 | eCAST Settlement | 7100-000 | NA | $2,734.24 | $2,734.24 | $294.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Corporation | | | | | |
| 3 | eCAST Settlement Corporation | 7100-000 | NA | $571.86 | $571.86 | $61.61 |
| 4 | Portfolio Recovery Associates | 7100-000 | NA | $13,745.34 | $13,745.34 | $1,480.77 |
| 5 | Portfolio Recovery Associates | 7100-000 | NA | $11,310.10 | $11,310.10 | $1,218.43 |
| 6 | eCAST Settlement Corporation assignee of | 7100-000 | NA | $8,084.98 | $8,084.98 | $870.99 |
| 7 | Discover Bank | 7100-000 | NA | $2,953.69 | $2,953.69 | $318.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $44,028.90 | $44,028.90 | $4,743.19 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No.: | 08-16821-DRC | | | Trustee Name: | David E. Grochocinski | |
| Case Name: | SMITH, FRANK V | | | Date Filed (f) or Converted (c): | 05/17/2011 (c) | |
| For the Period Ending: | 1/10/2013 | | | §341(a) Meeting Date: | 06/21/2011 | |
| | | | | Claims Bar Date: | 10/17/2011 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CASH | $20.00 | $0.00 | | $0.00 | FA |
| 2 | CHECKING ACCOUNT | $100.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING ACCOUNT | $0.00 | $0.00 | | $0.00 | FA |
| 4 | COMPUTER, 2 CHAIRS | $400.00 | $0.00 | | $0.00 | FA |
| 5 | 20 CDS, BOOKS | $40.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 7 | DIGITAL CAMERA | $10.00 | $0.00 | | $0.00 | FA |
| 8 | IRA | $0.00 | $0.00 | | $0.00 | FA |
| 9 | TEAMSTER IRA | $72,117.18 | $0.00 | | $0.00 | FA |
| 10 | WACHOVIA SECURITIES - IRA | $6,044.13 | $0.00 | | $0.00 | FA |
| 11 | 139 SHARES OF UPS | $62.79 | $9,056.85 | | $9,056.85 | FA |
| 12 | 2002 ASTRO | $5,550.00 | $0.00 | | $0.00 | FA |
| 13 | 2002 GULFSTREAM | $3,000.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.00 | Unknown |

TOTALS (Excluding unknown value)    $87,444.10    $9,056.85        $9,056.85    $0.00

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
MOTION TO SETTLE AND COMPROMISE ISSUE OF UPS STOCK CONTINUED TO 1/27/12; PAYMENTS TO BE MADE OVER TIME; FINAL REPORT SUBMITTED TO US TRUSTEE

Initial Projected Date Of Final Report (TFR):    06/30/2013         Current Projected Date Of Final Report (TFR):    06/30/2013         /s/ DAVID E. GROCHOCINSKI
                                                                                                                                          DAVID E. GROCHOCINSKI

Page No:  1

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1        Exhibit 9

| Case No. | 08-16821-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | SMITH, FRANK V | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5616 | | | Money Market Acct #: | ******9565 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | SETTLEMENT PAYMENT | 1129-000 | $4,000.00 | | $4,000.00 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,975.00 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $3,975.00 | $0.00 |

**TOTALS:**  $4,000.00  $4,000.00  $0.00
**Less: Bank transfers/CDs**  $0.00  $3,975.00
**Subtotal**  $4,000.00  $25.00
**Less: Payments to debtors**  $0.00  $0.00
**Net**  $4,000.00  $25.00

**For the period of 6/30/2008 to 1/10/2013**        **For the entire history of the account between 01/27/2012 to 1/10/2013**

| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $25.00 | Total Compensable Disbursements: | $25.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25.00 | Total Comp/Non Comp Disbursements: | $25.00 |
| Total Internal/Transfer Disbursements: | $3,975.00 | Total Internal/Transfer Disbursements: | $3,975.00 |

Exhibit 9

Page No: 2

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-16821-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SMITH, FRANK V | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5616 | | Checking Acct #: | ******9566 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/30/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

TOTALS:  $0.00  $0.00
Less: Bank transfers/CDs  $0.00  $0.00
Subtotal  $0.00  $0.00
Less: Payments to debtors  $0.00  $0.00
Net  $0.00  $0.00

For the period of 6/30/2008 to 1/10/2013          For the entire history of the account between 01/27/2012 to 1/10/2013

Total Compensable Receipts: $0.00          Total Compensable Receipts: $0.00
Total Non-Compensable Receipts: $0.00     Total Non-Compensable Receipts: $0.00
Total Comp/Non Comp Receipts: $0.00       Total Comp/Non Comp Receipts: $0.00
Total Internal/Transfer Receipts: $0.00   Total Internal/Transfer Receipts: $0.00

Total Compensable Disbursements: $0.00         Total Compensable Disbursements: $0.00
Total Non-Compensable Disbursements: $0.00     Total Non-Compensable Disbursements: $0.00
Total Comp/Non Comp Disbursements: $0.00       Total Comp/Non Comp Disbursements: $0.00
Total Internal/Transfer Disbursements: $0.00   Total Internal/Transfer Disbursements: $0.00

Case 08-16821    Doc 73    Filed 02/04/13    Entered 02/04/13 09:37:05    Desc Main
Document      Page 8 of 10

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 08-16821-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SMITH, FRANK V | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5616 | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/30/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $3,975.00 | | $3,975.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.75 | $3,970.25 |
| 03/02/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | | 1129-000 | $1,000.00 | | $4,970.25 |
| 03/09/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | | 1129-000 | $11.37 | | $4,981.62 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.08 | $4,973.54 |
| 04/02/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | | 1129-000 | $11.37 | | $4,984.91 |
| 04/02/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | | 1129-000 | $1,250.00 | | $6,234.91 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.50 | $6,227.41 |
| 05/04/2012 | (11) | LAW OFFICE OF DENNIS W. HOORNSTRA | | 1129-000 | $1,250.00 | | $7,477.41 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.28 | $7,466.13 |
| 06/21/2012 | (11) | OFFICE OF DENNIS W. HOORNSTRA | | 1129-000 | $500.00 | | $7,966.13 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.30 | $7,953.83 |
| 07/25/2012 | (11) | Dennis W. Hoornstra | | 1129-000 | $200.00 | | $8,153.83 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.48 | $8,141.35 |
| 08/20/2012 | (11) | LAW OFFICE OF DENNIS W. HOORNSTRA | | 1129-000 | $300.00 | | $8,441.35 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $14.62 | $8,426.73 |
| 09/04/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | SETTLEMENT PAYMENT | 1129-000 | $200.00 | | $8,626.73 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.11 | $8,614.62 |
| 10/01/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | SETTLEMENT PAYMENT | 1129-000 | $34.11 | | $8,648.73 |
| 10/01/2012 | (11) | LAW OFC OF DENNIS HOORNSTRA | SETTLEMENT PAYMENT | 1129-000 | $300.00 | | $8,948.73 |
| 11/30/2012 | 5001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,655.69 | $7,293.04 |
| 11/30/2012 | 5002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $2,511.50 | $4,781.54 |
| 11/30/2012 | 5003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $38.35 | $4,743.19 |
| 11/30/2012 | 5004 | Discover Bank/DFS Services LLC | Distribution on Claim #: 1; | 7100-000 | | $498.63 | $4,244.56 |
| 11/30/2012 | 5005 | eCAST Settlement Corporation | Distribution on Claim #: 2; | 7100-000 | | $294.56 | $3,950.00 |
| 11/30/2012 | 5006 | eCAST Settlement Corporation | Distribution on Claim #: 3; | 7100-000 | | $61.61 | $3,888.39 |
| | | | | SUBTOTALS | $9,031.85 | $5,143.46 | |

Page No: 4     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-16821-DRC | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | SMITH, FRANK V | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5616 | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/30/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2012 | 5007 | Portfolio Recovery Associates | Distribution on Claim #: 4; | 7100-000 | | $1,480.77 | $2,407.65 |
| 11/30/2012 | 5008 | Portfolio Recovery Associates | Distribution on Claim #: 5; | 7100-000 | | $1,218.43 | $1,189.19 |
| 11/30/2012 | 5009 | eCAST Settlement Corporation assignee of | Distribution on Claim #: 6; | 7100-000 | | $870.99 | $318.20 |
| 11/30/2012 | 5010 | Discover Bank | Distribution on Claim #: 7; | 7100-000 | | $318.20 | $0.00 |

| | | |
| --- | --- | --- |
| **TOTALS:** | $9,031.85 | $9,031.85 |
| **Less: Bank transfers/CDs** | $3,975.00 | $0.00 |
| **Subtotal** | $5,056.85 | $9,031.85 |
| **Less: Payments to debtors** | $0.00 | $0.00 |
| **Net** | $5,056.85 | $9,031.85 |

**For the period of 6/30/2008 to 1/10/2013**

| | | **For the entire history of the account between 02/07/2012 to 1/10/2013** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $5,056.85 | Total Compensable Receipts: | $5,056.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,056.85 | Total Comp/Non Comp Receipts: | $5,056.85 |
| Total Internal/Transfer Receipts: | $3,975.00 | Total Internal/Transfer Receipts: | $3,975.00 |
| | | | |
| Total Compensable Disbursements: | $9,031.85 | Total Compensable Disbursements: | $9,031.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,031.85 | Total Comp/Non Comp Disbursements: | $9,031.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 08-16821-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | SMITH, FRANK V | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5616 | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,056.85 | $9,056.85 | $0.00 |

For the period of 6/30/2008 to 1/10/2013

| Total Compensable Receipts: | $9,056.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,056.85 |
| Total Internal/Transfer Receipts: | $3,975.00 |

| Total Compensable Disbursements: | $9,056.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,056.85 |
| Total Internal/Transfer Disbursements: | $3,975.00 |

For the entire history of the case between 05/17/2011 to 1/10/2013

| Total Compensable Receipts: | $9,056.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,056.85 |
| Total Internal/Transfer Receipts: | $3,975.00 |

| Total Compensable Disbursements: | $9,056.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,056.85 |
| Total Internal/Transfer Disbursements: | $3,975.00 |

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI